United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dawn Michele Mead  
    Debtor

Case No. 23-01181-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 08, 2023      Form ID: pdf010      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Michele Mead, 621 1st Street, Richmondale, PA 18421-9610 |
| 5543990 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5543991 | + | Credit Corp Solutions, Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5543993 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5543994 | | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5543995 | | JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5543996 | + | Jordan Mead, 621 1st Street, Richmondale PA 18421-9610 |
| 5543997 | | Lakeview Loan Servicing, M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5543999 | + | Mary Evans, 1931 Roosevelt Hwy., Honesdale, PA 18431-4213 |
| 5544005 | + | Rebecca Ann Solarz, Esquire, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5544007 | + | Robert Joseph Davidow, Esquire, Mason, Griffin & Pierson, PC, 101 Poor Farm Road, Princeton, NJ 08540-1941 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5543984 | + | Email/Text: g20956@att.com | Jun 08 2023 18:51:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro - lead paralegal, One AT&T Way, Rm.3A104, Bedminster NJ 07921-2693 |
| 5543985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 19:03:51 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5543986 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 19:04:07 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5543987 | + | Email/Text: bankruptcy@cavps.com | Jun 08 2023 18:51:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5543988 | + | Email/Text: bankruptcy@cavps.com | Jun 08 2023 18:51:00 | Cavalry SPV 1, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 5543992 | ^ | MEBN | Jun 08 2023 18:49:15 | Financial Recoveries, 200 East Park Dr., Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5543989 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 08 2023 19:03:37 | Chase Bank USA, N.A., PO Box 15298, Wilmington DE 19850 |
| 5543998 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 19:03:50 | LVNV Funding, LLC, Resurgent Capital Svcs, PO Box 10587, Greenville, SC 29603-0587 |
| 5545321 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 19:04:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5544000 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 08 2023 18:51:00 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 5544001 | + | Email/PDF: cbp@onemainfinancial.com | Jun 08 2023 19:04:06 | OneMain, PO BOX 1010, Evansville, IN |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 5544002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2023 19:04:41 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 5544004 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2023 18:51:00 | Quantum 3 Group LLC, PO Box 788, Kirkland WA 98083-0788 |
| 5544006 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 08 2023 18:51:00 | Receivables Performance, 20816 44th Ave. West Suite 140, Lynwood, WA 98036-7744 |
| 5544008 | + | Email/Text: RASEBN@raslg.com | Jun 08 2023 18:51:00 | Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Bocca Raton, FL 33487-2853 |
| 5544009 | | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 19:03:44 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5545796 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5544003 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAWN MICHELE MEAD | : | |
| | : | CASE NO.: 5:23-bk-01181-MJC |
| Debtor | : | |
| | : | MOTION TO EXTEND STAY |
| | : | |

**ORDER**

Upon consideration of Debtor's Motion to Extend Automatic Stay as to All Creditors, Dkt. # 10 ("Motion"), good cause having been demonstrated by the Movant to warrant the relief requested, and after a hearing held on June 8, 2023, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 8, 2023