UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAWN MICHELE MEAD       : CHAPTER 13
      Debtor                       :
                                     :

      JACK N. ZAHAROPOULOS   :
      STANDING CHAPTER 13 TRUSTEE :
      Movant                    :
                                     :
      vs.                        :
                                   :
      DAWN MICHELE MEAD       :
      Respondent             : CASE NO.  5-23-bk-01181

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  26th  day of June, 2023, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's
plan for the following reason(s):

      1.  Debtor's plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor
has not submitted all or such portion of the disposable income to the Trustee as required.  More
specifically,

      Trustee alleges and avers that debtor's disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes
the following amounts:

      a.  Transportation ownership expense – Line 13 – Ownership
          expense for vehicles(s) without lien not permitted.
      b.  The debtor claims a household size of three, which includes
          himself, a 24-year-old son and a 20-year-old son.  No
          contribution from either adult child is listed.

      WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

      a.  Deny confirmation of debtor(s) plan.
      b.  Dismiss or convert debtor(s) case.
      c.  Provide such other relief as is equitable and just.

      Respectfully submitted:

      /s/Jack N. Zaharopoulos
      Standing Chapter 13 Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 29th day of June, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Fisher, Esquire
126 South Main Street
Pittston, PA  18640

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee