IN RE:    DAWN MICHELE MEAD

                Debtor(s)

                                                              CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant
          vs.

          DAWN MICHELE MEAD
                                                              CASE NO: 5-23-01181-MJC

                Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on August 29, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice in accordance with Section 521, and 1307(c) of 11 U.S.C., due to failure to file a confirmable plan.

1.  A Plan was filed on May 26, 2023.

2.  A hearing was held and an order was entered on August 10, 2023 directing that an amended plan be filed within fourteen (14) days.

3.  As of the date of this motion, an amended plan has not been filed.

4.  The delay in filing a confirmable plan in this case is prejudicial to creditors.

5.  In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 5-21-00181-MJC
Counsel: JOHN FISHER
Filing Date: 01/28/21                    Date Dismissed: 05/19/23
Total Payments: $16812.00                Chapter: 13
Result: Dismissed for failure to make plan payments

Case Number: 5-19-00927-RNO
Counsel: JOHN FISHER
Filing Date: 03/07/19                    Date Dismissed: 01/07/21
Total Payments: $12500.00                Chapter: 13
Result: Dismissed for failure to make plan payments

Case Number: 5-18-00208-RNO
Counsel: TULLIO DeLUCA, ESQUIRE
Filing Date: 01/19/18                    Date Dismissed: 11/14/18
Total Payments: $2016.00                 Chapter: 13
Result: Dismissed for failure to make plan payments

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of three (3) prior Chapter 13 petitions within a three (3) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing is included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:

1. Dismiss this case in accordance with 11 U.S.C. Sec. 1307(c) and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: amchale@pamd13trustee.com

IN RE:    DAWN MICHELE MEAD                CHAPTER 13

                Debtor(s)

JACK N. ZAHAROPOULOS                CASE NO: 5-23-01181-MJC
CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 S. Main Street<br>Wilkes Barre, PA   18701 | Date:    October 5, 2023<br><br>Time:    10:00 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Dated:  August 29, 2023                Jack N. Zaharopoulos, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA   17036
                                          Phone:   (717) 566-6097
                                          email:   info@pamd13trustee.com

IN RE:     DAWN MICHELE MEAD

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS                    CASE NO: 5-23-01181-MJC
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 29, 2023, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.


SERVED ELECTRONICALLY

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTON, PA   18640

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA   17102

SERVED BY FIRST CLASS MAIL

DAWN MICHELE MEAD
621 1ST STREET
RICHMONDALE, PA   18421

I certify under penalty of perjury that the foregoing is true and correct.


Dated:   August 29, 2023

Respectfully submitted,

/s/   Vickie Williams
Office of the Chapter 13 Trustee
Jack N. Zahapoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   DAWN MICHELE MEAD

           Debtor(s)                 CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant
                                 CASE NO: 5-23-01181-MJC

vs.

DAWN MICHELE MEAD

           Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

       Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE.   Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.