United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dawn Michele Mead  
    Debtor

Case No. 23-01181-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 18, 2024      Form ID: ordsmiss      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Michele Mead, 621 1st Street, Richmondale, PA 18421-9610 |
| 5543990 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5543991 | + | Credit Corp Solutions, Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5543994 | | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5543995 | | JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5543996 | + | Jordan Mead, 621 1st Street, Richmondale PA 18421-9610 |
| 5543997 | | Lakeview Loan Servicing, M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5543999 | + | Mary Evans, 1931 Roosevelt Hwy., Honesdale, PA 18431-4213 |
| 5544005 | + | Rebecca Ann Solarz, Esquire, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5544007 | + | Robert Joseph Davidow, Esquire, Mason, Griffin & Pierson, PC, 101 Poor Farm Road, Princeton, NJ 08540-1941 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5543984 | + | EDI: ATTWIREBK.COM | Jun 18 2024 22:41:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro - lead paralegal, One AT&T Way, Rm.3A104, Bedminster NJ 07921-2693 |
| 5543985 | + | EDI: CITICORP | Jun 18 2024 22:41:00 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5543986 | + | EDI: CAPITALONE.COM | Jun 18 2024 22:41:00 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5543987 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 18:40:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5543988 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 18:40:00 | Cavalry SPV 1, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 5548301 | + | Email/Text: bankruptcy@cavps.com | Jun 18 2024 18:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5543992 | ^ | MEBN | Jun 18 2024 18:39:40 | Financial Recoveries, 200 East Park Dr., Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5543993 | ^ | MEBN | Jun 18 2024 18:38:53 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5543989 | | EDI: JPMORGANCHASE | Jun 18 2024 22:41:00 | Chase Bank USA, N.A., PO Box 15298, Wilmington DE 19850 |
| 5543998 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:23 | LVNV Funding, LLC, Resurgent Capital Svcs, PO Box 10587, Greenville, SC 29603-0587 |
| 5545321 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2024 18:48:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5607768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 18 2024 18:40:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5607769 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 18 2024 18:40:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O Rushmore Servicing 75261-9096 |
| 5558108 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 18 2024 18:40:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5544000 | + | EDI: NFCU.COM | Jun 18 2024 22:41:00 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 5544001 | + | EDI: AGFINANCE.COM | Jun 18 2024 22:41:00 | OneMain, PO BOX 1010, Evansville, IN 47706-1010 |
| 5544002 | | EDI: PRA.COM | Jun 18 2024 22:41:00 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 5550010 | | EDI: PRA.COM | Jun 18 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5544004 | | EDI: Q3G.COM | Jun 18 2024 22:41:00 | Quantum 3 Group LLC, PO Box 788, Kirkland WA 98083-0788 |
| 5544006 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 18 2024 18:41:00 | Receivables Performance, 20816 44th Ave. West Suite 140, Lynwood, WA 98036-7744 |
| 5544008 | + | Email/Text: RASEBN@raslg.com | Jun 18 2024 18:40:00 | Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Bocca Raton, FL 33487-2853 |
| 5544009 | | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5545796 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5544003 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dawn Michele Mead,  Chapter 13

**Debtor 1**

Case No. 5:23−bk−01181−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 18, 2024

ordsmiss (05/18)